**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LAMONT COLEMAN, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 09 CV 04179 |
| | ) | |
| CITY OF CHICAGO, a municipal corporation; OFFICER ZACHARY RUBALD, #14540, individually and in his capacity as a Chicago Police Officer, OFFICER SCOTT LECK, #2752, individually and in his capacity as a Chicago Police, OFFICER B. GENTZLE, #8737, individually and in his capacity as a Chicago Police Officer, | ) | JUDGE KOCORAS<br>MAGISTRATE JUDGE DENLOW |
| | ) | |
| Defendants. | ) | |

**ORDER ON DEFENDANTS' MOTION TO RELEASE GUN**

Defendants' motion to release Officer Rubald's service weapon and ammunition back to him is granted. The Chicago Police Department is order to release the weapon, serial number U568409, and ammunition inventoried under number 11025607.

ENTERED:

Charles P. Kocoras

Charles P. Kocoras
United States District Court
Northern District of Illinois

8-18-11